1 | KRISTIN ZILBERSTEIN, ESQ. (200041)
JENNIFER BERGH, ESQ. (305219)
2 | ADAM THURSBY, ESQ. (318465)
THE LAW OFFICES OF MICHELLE GHIDOTTI
3 | 1920 Old Tustin Ave.
Santa Ana, CA 92705
4 | Office: (949) 427-2010
Fax: (949) 427-2732
5 | Email:kzilberstein@ghidottilaw.com

6 | Attorneys for Creditor
Loandepot.com LLC

7

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE

10 | In re:                              ) Case No.: 18-bk-20381-WB
                                         )
11 | Ramon Luis Zambrano                 )
    Idania Maria Zambrano                ) Chapter 13
12 |                                     )
              Debtors.                   ) OBJECTION TO CONFIRMATION OF
13 |                                     ) DEBTOR'S PLAN
                                         )
14 |                                     ) 341(a) Hearing
                                         ) DATE:  October 4, 2018
15 |                                     ) TIME:  10:00 a.m.
                                         )
16 |                                     ) Confirmation Hearing
                                         ) DATE: November 7, 2018
17 |                                     ) TIME:  10:00 a.m.
                                         ) CTRM: 1375
18 |                                     ) PLACE: U.S. Bankruptcy Court
                                         )        255 E. Temple Street
19 |                                     )        Los Angeles, CA 90012
                                         )
20 |                                     ) Property: 37610 Dixie Drive Palmdale CA
                                         ) 93550
21 |                                     )
                                         ) The Honorable Judge Julia W Brand

22

23

24

1

1  TO THE HONORABLE JUDGE JULIA W BRAND, UNITED STATES BANKRUPTCY

2  JUDGE, THE DEBTORS, THEIR ATTORNEY OF RECORD AND THE CHAPTER 13

3  TRUSTEE, NANCY CURRY:

   Loandepot.com LLC, ("**Creditor**"), a secured creditor of the above-named Debtors hereby objects to the confirmation of Debtors' Chapter 13 Plan (the "**Plan**") on the grounds that the Plan does not comply with the provisions of Chapter 13 of Title 11, United States Code, and with other applicable provisions of said Title 11.

   This objecting Creditor holds a deed of trust on the Debtor's real property commonly described as 37610 Dixie Drive Palmdale, CA 93550 (the "**Property**"), which is Debtors' principal residence. Creditor is entitled to receive payments pursuant to a Promissory Note which is secured by a Deed of Trust on the subject property. As of 9/5/18, the approximate amount in default was $1,457.17, as will be described in the forthcoming Proof of Claim filed to be filed by Creditor by the bar date; Creditor files this Objection to protect its interests.

**I**

**ARGUMENT**

   Application of the provisions of *11 United States Code Section 1325* determines when a Plan shall be confirmed by the Court. Based on the foregoing, as more fully detailed below, the Plan cannot be confirmed as proposed because the Plan does not comply with the provisions of Chapter 13 of the United States Bankruptcy Code.

**A. IMPERMISSIBLY MODIFIES CREDITOR'S RIGHTS**
11 U.S.C. §1322(b)(2)

   Under 11 U.S.C. §1322(b)(2), a Plan that modifies the rights of a creditor whose claim is secured only by a security interest in real property that is debtor's principal residence is

impermissible. The plan lists no arrears arrears when the actual arrears are $1,457.17. That reduction in arrears is an impermissible modification. Therefore, the Plan is not feasible.

/ / /

/ / /

/ / /

**B. <u>DOES NOT MEET FULL VALUE REQUIREMENT</u>**
11 U.S.C. §1325(a)(5)(B)(ii)

The Debtors' Plan does not provide for cure of the pre-petition arrears owed to Creditor. The pre-petition arrears owed to Creditor are no less than approximately $1,457.17. Debtors' Plan provides for no payment of arrears. Accordingly, Debtors will be required to amend their Plan to fully provide for the pre-petition arrears owed to Creditor. Since Debtors' Plan does not provide for cure of the default of the pre-petition arrears owed to Creditor, the Plan does not meet the full value requirement and fails to satisfy 11 U.S.C. §1325(a)(5)(B)(ii).

WHEREFORE, Creditor objects to confirmation of the Plan and requests as follows:

    a.    The Plan be denied confirmation; or, in the alternative,

    b.    Debtor's plan be amended to reflect the arrears amount listed in Secured Creditor's proof of claim

    c.    For attorneys' fees and costs herein, and

    d.    For such other relief as this Court deems proper

DATED: October 24, 2018        THE LAW OFFICES OF MICHELLE GHIDOTTI

                                    By: /s/ Kristin Zilberstein Esq.
                                      Kristin Zilberstein, Esq.
                                      Loandepot.com LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1920 Old Trustin Ave.
Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): _____
_____
OBJECTION TO CONFIRMATION OF DEBTOR'S PLAN
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 10/24/2018 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's Counsel: James Geoffrey Beirne, beirneecfmail@gmail.com, beirneecfmail@gmail.com;
lucy@rancholawgroup.com;laura@rancholawgroup.com;Sandra@rancholawgroup.com;lavinia@rancholawgroup.com;
r47668@notify.bestcase.com;calcenterecfmail@gmail.com
Trustee: Nancy K Curry (TR), TrusteeECFMail@gmail.com
U.S. Trustee: United States Trustee (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) __10/24/2018____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Ramon Luis Zambrano, 37610 Dixie Drive, Palmdale, CA 93550 (U.S. Mail)
Joint Debtor: Idania Maria Zambrano, 37610 Dixie Drive, Palmdale, CA 93550 (U.S. Mail)

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/24/2018 | Jeremy Romero | /s/ Jeremy Romero |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**